## Oates *v*. McGlaun.

*Malicious Prosecution.*

(Decided Nov. 16, 1905, 39 So. Rep. 607.)

APPEAL from Houston Circuit Court.
Heard before Hon. A. H. ALSTON.

A. E. PACE, for appellant.
J. P. PELHAM and DELL & CRAWFORD, for appellee.

Reversed and remanded.

Opinion by HARALSON, J.

DOWDELL, SIMPSON and DENSON, JJ., concur.

---

## Holladay *v*. Rutledge.

*Attachment for Rent.*

(Decided Nov. 30, 1905, 39 So. Rep. 613.)

APPEAL from Crenshaw Circuit Court.
Heard before Hon. J. C. RICHARDSON.

M. W. RUSHTON, for appellant.

BRICKEN & BRICKEN and POWELL & HAMILTON, for appellee.

Affirmed.

Opinion by ANDERSON, J.

HARALSON, DOWDELL & DENSON, JJ., concur.